| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

FELICIA A. JOHNSON, §
§
        Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:10-cv-522
§
OMNI OPTICAL LAB, §
§
        Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 on August 31, 2010. The court has received and considered the report (Docket No. 31) of the United States magistrate judge, who recommends that the court deny Defendant's "Motion to Dismiss" (Docket No. 26). No objections to the report and recommendation have been filed. The court's independent review confirms that the magistrate judge's analysis is correct.

        The report and recommendation of the magistrate judge is **ADOPTED**, and Defendant's "Motion to Dismiss" (Docket No. 26) is **DENIED**.

        SIGNED at Sherman, Texas, this 8th day of November, 2011.

                                              MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE